UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

Plaintiff,

v.

PATRICK WITHROW, et al.,

Defendants.

Case No. 23-cv-00513-PJH

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner.  Plaintiff brings claims regarding events that occurred in San Joaquin County which lies within the venue of the United States District Court for the Eastern District of California.  Plaintiff is also incarcerated in the Eastern District.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: February 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge