1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND ALFORD BRADFORD,                No.  2:23-cv-00223-DAD-KJN (PC)

12                    Plaintiff,

13          v.                                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS
14   PATRICK WITHROW, et al.,
                                              (Doc. No. 9)
15                    Defendants.

16

17          Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint initiating this action on

19   February 2, 2023, but he did not pay the required filing fee or file an application to proceed *in*

20   *forma pauperis*.  The matter was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On February 27, 2023, the assigned magistrate judge issued findings and

23   recommendations recommending that plaintiff be required to pay the required $402.00 filing fee

24   in full in order to proceed with this action because:  (1) he is subject to the three strikes bar under

25   28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent

26   danger of serious physical injury" exception to § 1915(g).  (Doc. No. 9) (citing *Andrews v.*

27   *Cervantes*, 493 F.3d 1047, 1051−55 (9th Cir. 2007)).  The findings and recommendations were

28   served on plaintiff and contained notice that any objections thereto were to be filed within

                                              1

fourteen (14) days after service.  (*Id.*)  Plaintiff timely filed objections to the pending findings and recommendations on March 13, 2023.  (Doc. No. 10.)

In his objections to the pending findings and recommendations, plaintiff neither contests that he has accumulated at least three prior strike dismissals, enough to be barred by the "three strikes" provision, nor contends that he qualifies for the exception under the provision for prisoners who face "imminent danger of serious physical injury."  *See* 28 U.S.C. § 1915(g).  Rather, plaintiff merely restates the allegations in his complaint, his causes of action, and his prayer for relief.  (Doc. Nos. 10, 10-1, 10-2.)  Thus, plaintiff has not meaningfully objected to the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on February 27, 2023 (Doc. No. 9) are adopted;

2.   Within thirty (30) days from the date of service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action;

3.   Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and

4.   This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **July 22, 2023**

UNITED STATES DISTRICT JUDGE