UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WITHROW, et al.,<br><br>Defendants. | No. 2:23-cv-00223-DAD-KJN (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PAY THE REQUIRED FILING FEE<br><br>(Doc. No. 12) |

On July 24, 2023, the court ordered plaintiff to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 11.) Plaintiff was warned in the order that his failure to pay the filing fee in full would result in the dismissal of this action without prejudice. (*Id.* at 2.) To date, plaintiff has not paid the required filing fee or otherwise communicated with the court.

Accordingly, on September 6, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to comply with a court order. (Doc. No. 12.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 6, 2023 (Doc. No. 12) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to comply with a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 3, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE